# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS SARINANA, JR., | Case No. CV 20-9629-JLS (JEM) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ALEX VILLANUEVA, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.[1]

---

[1] On May 14, 2021, Petitioner filed a motion to stay the ongoing state court criminal proceedings against him. (Docket No. 33.) This motion is denied for the reasons set forth in the Report and Recommendation.

IT IS HEREBY ORDERED that: (1) the First Amended Petition is denied; and (2) Judgment shall be entered dismissing this action without prejudice.

Dated: July 5, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE