# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS SARINANA, JR., | Case No. 20-9629-JLS (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ALEX VILLANUEVA, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 5, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE